UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.93cr0163-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL OF WARRANT |
| JESUS AMEZCUA-CONTRERAS (1), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JESUS AMEZCUA-CONTRERAS, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for JESUS AMEZCUA-CONTRERAS, be recalled and judgment entered.

DATED: February 29, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge