FILED

MAR - 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )     Criminal Case No.93cr0163-JLS
                                     )
            Plaintiff,               )
                                     )
      v.                             )     ORDER AND JUDGMENT OF DISMISSAL OF
                                     )     INDICTMENT AND RECALL OF WARRANT
JESUS AMEZCUA-CONTRERAS (1),         )
                                     )
            Defendant.               )
                                     )

      Upon application of the United States Attorney, and good cause appearing therefrom,

      IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant

JESUS AMEZCUA-CONTRERAS, be dismissed without prejudice; and,

      IT IS FURTHER ORDERED that the arrest warrant for JESUS AMEZCUA-CONTRERAS, be

recalled and judgment entered.

DATED: February 29, 2012

                              Janis L. Sammartino
                              Honorable Janis L. Sammartino
                              United States District Judge

I have executed within DiSMiSSAC
Judgement and Commitment on 3/1/2012
United States Marshal

By:
      USMS Criminal Section